IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. CR 1-01-076 |
| Rebecca M. Ruggles | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named defendant was placed on Supervised Release on May 23, 2002 for a period of 3 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 2nd day of December, 2004

_____
Honorable S. Arthur Spiegel
United States Senior District Judge